IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRENT E. GRAY | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:04-cv-00548 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| U.S. POSTAL SERVICE | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court finds the Magistrate Judge's Report and Recommendation well-reasoned and thorough.  Accordingly, the Magistrate Judge's Report and Recommendation (doc. 20) is hereby ADOPTED IN ITS ENTIRETY.  The Defendant's Motion for Summary Judgment (doc. 18) is GRANTED.  This matter is hereby DISMISSED.

3/29/06                                                                                James Bonini, Clerk


                                                                                       s/Kevin Moser
                                                                                       Kevin Moser
                                                                                       Deputy Clerk